### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. XPRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STREAMLINE, LLC; and CONTINUUM TRANSPORTATION SERVICES, LTD. <br><br> Defendants. | Case No. 8:14-CV-295 <br><br> **ORDER ON STIPULATION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF KENTUCKY** |

Defendant Continuum Transportation Services, Ltd. filed a Motion to Dismiss Plaintiff's Second Amended Complaint and Defendant Streamline's Cross-Claim or, in the alternative, to Transfer Venue to the Northern District of Ohio or the Eastern District of Kentucky (Filing No. 41). Streamline Filed an Opposition to the Motion within which Streamline requested transfer of the case in its entirety to the Western District of Kentucky (Filing No. 46, 46-1.) Continuum thereafter filed a Parties' Stipulation for Resolution of Defendant Continuum Transportation Services, Ltd.'s Motion to Dismiss Plaintiff's Second Amended Complaint and Defendant Streamline's Cross-Claim or, in the alternative, to Transfer Venue (Filing No. 47) by which all parties signified their stipulation that this case be transferred in its entirety to the U.S. District Court for the Western District of Kentucky, sitting in Louisville, Kentucky.

The Court having reviewed such filings, due notice given and the court being fully advised in the premises, it is hereby ORDERED, ADJUDGED AND DECREED:

Defendant Continuum Transportation Services, Ltd.'s Motion to Transfer Venue or Dismiss (Filing No. 41) is DENIED as moot. This cause, in its entirety, shall be transferred to the U.S. District Court, Western District of Kentucky, sitting in Louisville.

Defendant Continuum Transportation Services, Ltd. shall file its responsive pleadings within twenty one (21) days after acceptance of the case by the U.S. District Court for the Western District of Kentucky, sitting in Louisville. The parties to this action will be notified of the date on which the transferee court accepts such transfer by an entry on this Court's ECF Docket and the corresponding Notice of Electronic Filing (NEF) to all parties.

DATED this 10th day of March, 2015

BY THE COURT:

\_\_s/Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Court Judge

12621-1/#6886856